```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 05 B 11236
  MARK A MARITATO
  MICHELLE E MARITATO                        CHAPTER 13

                                             JUDGE: JOHN H SQUIRES

        Debtor
  SSN XXX-XX-2416    SSN XXX-XX-2591
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 03/28/05 and confirmed on 05/13/05.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $  18327.96 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WELLS FARGO | CURRENT MORTG | .00 | .00 | .00 |
| WELLS FARGO | MORTGAGE ARRE | 2343.40 | .00 | 2343.40 |
| HIGHVIEW PARK TOWNHOME A | SECURED | 6300.00 | .00 | 6300.00 |
| NORTHWEST COLLECTION | UNSECURED | NOT FILED | .00 | .00 |
| ARROW FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| DUPAGE MEDICAL GROUP | UNSECURED | NOT FILED | .00 | .00 |
| VAN RU CREDIT | UNSECURED | NOT FILED | .00 | .00 |
| COMPUTER CREDIT INC | UNSECURED | NOT FILED | .00 | .00 |
| ELMHURST MEMORIAL HOSPIT | UNSECURED | NOT FILED | .00 | .00 |
| VAN RU CREDIT | UNSECURED | NOT FILED | .00 | .00 |
| FORD MOTOR CREDIT CO | UNSECURED | NOT FILED | .00 | .00 |
| UNIVERSAL FIDELITY CORP | UNSECURED | NOT FILED | .00 | .00 |
| NCM TRUST | UNSECURED | 6655.68 | .00 | 6655.68 |
| BLATT HASENMILLER LEIBSK | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | 275.84 | .00 | 275.84 |
| RJM ACQUISITIONS LLC | UNSECURED | NOT FILED | .00 | .00 |
| CCB CREDIT SERVICES INC | UNSECURED | NOT FILED | .00 | .00 |
| MEYER & NJUS PA | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|

     Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 8643.40 | .00 | 6931.52 | .00 | 15574.92 |
| PRINCIPAL PAID | 8643.40 | .00 | 6931.52 | .00 | 15574.92 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 8643.40 | .00 | 6931.52 | .00 | 15574.92 |

The Debtor's attorney, JAMES A YOUNG & ASSOC          , was allowed $   2200.00 and was paid $    600.00   direct and $   1600.00   through the plan.

The Trustee received $    684.93 .

Refunds to the Debtor totaled $    468.11 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 12/17/07                     /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE